# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MORDECAI Barkin,<br><br>Defendant. | 2:04-cr-00147-RCJ-GWF<br><br>**ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

Based on the Unopposed Motion to Modify Conditions of Probation, and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Mr. Barkin's conditions of supervised release are modified to permit him to travel to Israel, with the following condition: (1) Mr. Barkin will obtain and provide a letter verifying the date of his father's death or a death certificate, whichever is available, to the United States Probation Officer ("USPO") within twenty-four (24) hours of his travel to Israel.

Dated: September 27, 2012.

_____
UNITED STATES DISTRICT JUDGE

4

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on September 12, 2012, I served an electronic copy of the above and foregoing **EMERGENCY UNOPPOSED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE AND PROPOSED ORDER** by electronic service (ECF) to the persons named below:

DANIEL G. BOGDEN
United States Attorney
NANCY KOPPE
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, Nevada 89101

Via e-mail: JOY GABONIA
U.S. Probation officer

/S/ Nancy Vasquez
Nancy Vasquez, Senior Legal Assistant to
NISHA BROOKS-WHITTINGTON,
Assistant Federal Public Defender

# EXHIBIT 1

# EXHIBIT 1

July 17, 2012
Hertzelia, Israel

Dr. Gafni Keren, MD
Family physician
Clalit, Medical services,
Hertzelia, Israel

**To whom it may concern,**

I am the Family physician for the Berkovitsh family, Abraham and Luiba, who reside in Israel, the parents of Mordecai Barkan. Following please find a short description of their medical state.

Abraham Berkovitsh, the father, is 91 years old and is in a dire condition. He is bed-ridden, with infusion, under 24 hours observation. He suffers from multiple illnesses and gets numerous medical treatments: Alzheimer, Dementia, psychotic negativism to treatment, heart disease... He receives palliative treatment. He suffers from pressure wounds and uses a special bubble mattress. His condition is deteriorating and he is in terminal state – I would say his days are numbered, he could pass away every day. He has a 24 hours helper to wash him, medicate him, and take care of all his needs – she is not a family member – since his wife cannot take care of him.

Luiba Berkovitsh, the mother, 83 years old, hardly takes care of herself – she suffers from heart disease, Parkinson, diabetics symptoms, high cholesterol – using numerous medications for treatment. She tires quickly and requires help herself, though she makes efforts to minimize her reliance on others. She gets help with cleaning the apartment, buying groceries and medical products, and cooking.

Both need any support they can get – physically and mentally – from family members and others. For any farther details I may be contacted directly at +972-54-5940709..

Dr. Gafni Keren, MD
Family physician

KG
CN31753